UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


MARILYN MARIE SMITH,          :
          Plaintiff           :
                              :
     v.                       :  CASE NO. 1:17-CV-1001
                              :
DEPARTMENT OF DEFENSE,        :
*et al.*,                     :
          Defendants          :


*O R D E R*

AND NOW, this 31st day of October, 2017, in accord with the accompanying

memorandum, it is ORDERED that:

(1)    Plaintiff's complaint (Doc. 1) is DISMISSED without prejudice pursuant
       to Federal Rule of Civil Procedure 4(m).

(2)    The Clerk of Court is directed to CLOSE this case.


/s/ William W. Caldwell
William W. Caldwell
United States District Judge