# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARILYN MARIE SMITH,** | : | **CIVIL ACTION NO. 1:17-CV-1001** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **DEPARTMENT OF DEFENSE**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 17th day of October, 2019, upon consideration of the filing (Doc. 11) of *pro se* plaintiff Marilyn Marie Smith ("Smith") dated October 11, 2019, and the court observing that this matter was closed by order (Doc. 17) of October 31, 2017, and the court further observing that Smith's post-closing filing does not fall within the limited category of authorized post-judgment motions, see, e.g., FED. R. CIV. P. 52(a)(5), 52(a)(6), 52(b), 59(a), 59(e), 60(a), 60(b), it is hereby ORDERED that:

1. Smith's filing (Doc. 11) is STRICKEN from the docket.

2. The court will not entertain further filings, other than good-faith and nonfrivolous motions authorized by the Federal Rules of Civil Procedure, in the above-captioned action.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania